```
     UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 20034
   RICK J BONIAKOWSKI
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

        Debtor
   SSN XXX-XX-2003


---------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 05/21/04 and confirmed on 07/09/04.

   2.   The plan is paid in full.

   3.   The Debtor paid a total of $  23100.00 .

   4.   The Trustee made disbursements to creditors as follows:


---------------------------------------------------------------------------
CREDITOR NAME              CLASS        CLAIM AMOUNT       INTEREST        PRINCIPAL
                                                             PAID            PAID
---------------------------------------------------------------------------
ILLINOIS DEPT REVENUE      PRIORITY          145.00            .00          145.00
INTERNAL REVENUE SERVICE   PRIORITY        17578.23            .00        17578.23
ASSOCIATED RADIOLOGISTS    UNSECURED       NOT FILED           .00             .00
CAPITAL ONE FINANCIAL      UNSECURED         5200.06           .00          520.01
CAPITAL ONE FINANCIAL      UNSECURED         1934.70           .00          193.47
CAPITAL ONE FINANCIAL      UNSECURED       NOT FILED           .00             .00
COMCAST DIGITAL PHONE SV   UNSECURED       NOT FILED           .00             .00
COMED                      UNSECURED       NOT FILED           .00             .00
ELMHURST CLINIC            UNSECURED          194.00           .00           19.40
HSBC                       UNSECURED       NOT FILED           .00             .00
ECAST SETTLEMENT CORPORA   UNSECURED          528.70           .00           52.87
NICOR GAS                  UNSECURED          316.87           .00           31.69
RESURGENT CAPITAL SERVIC   UNSECURED         2185.60           .00          218.56
SBC BANKRUPTCY DESK        UNSECURED          326.48           .00           32.65
VILLAGE OF FOREST PARK     UNSECURED       NOT FILED           .00             .00
CAPITAL ONE FINANCIAL      UNSECURED         1010.49           .00          101.05
ILLINOIS DEPT REVENUE      UNSECURED           44.50           .00            4.45
INTERNAL REVENUE SERVICE   UNSECURED          498.92           .00           49.89
         Summary of disbursements:

                     SECURED      PRIORITY    UNSECURED       OTHER          TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00      17723.23     12240.32         .00       29963.55
PRINCIPAL PAID           .00      17723.23      1224.04         .00       18947.27
INTEREST PAID            .00           .00           .00        .00             .00
TOTAL PAID               .00      17723.23      1224.04         .00       18947.27
The Debtor's attorney, RICHARD E SEXNER                , was allowed $    3327.50
and was paid $    328.00  direct and $    2999.50  through the plan.

The Trustee received $    1092.95 .
```

Refunds to the Debtor totaled $    60.28 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/12/08                      /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE